IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


PATRICK CONWAY                                                                                          PLAINTIFF


vs.                                               Civil No. 4:12-cv-04065

MICHAEL J. ASTRUE                                                                                      DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 15th day of November 2012, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and **GRANTS** the Defendants's Motion to Reverse and Remand.  ECF No. 11.  The decision of the Commissioner of Social Security is reversed, and this matter is remanded to the Commissioner pursuant to sentence four, 42 U.S.C. § 405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable," i.e., thirty (30) days after the sixty (60) day time for appeal has ended.  *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

   **IT IS SO ORDERED AND ADJUDGED**.


                                                                /s/  Barry A. Bryant
                                                                HON. BARRY A. BRYANT
                                                                U. S. MAGISTRATE JUDGE